# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

TONYA L. EVANS     Bankruptcy No. 21-11897-AMC

1718 COBBS CREEK PARKWAY

PHILADELPHIA, PA 19142

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
TONYA L. EVANS

1718 COBBS CREEK PARKWAY

PHILADELPHIA, PA 19142

**Counsel for debtor(s), by electronic notice only.**
SHARON S. MASTERS, ESQ.
132 OVERLEAF DRIVE

THORNDALE, PA 19372-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 2/8/2022             /s/ Kenneth E. West

         _____
         Kenneth E. West, Esquire
         Chapter 13 Standing Trustee