United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11897-amc |
| Tonya L. Evans | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 19, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya L. Evans, 1718 Cobbs Creek Parkway, Philadelphia, PA 19142-1412 |
| 14621016 | + | Bob?s Discount Furniture, Wells Fargo Bank, N.A., POB 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14621021 | + | City of Philadelphia Law Dept., 1402 JFK Blvd. 5th Fl., Philadelphia, PA 19107 |
| 14621018 | | Kohl?s Department Store, POB 31145, Milwaukee, WI 53201 |
| 14621029 | + | Michael J. Clark, Richard M. Squire & Assoc, LLC, 115 West Avenue, Ste. 104, Jenkintown, PA 19046-2031 |
| 14621023 | + | PECO Bankruptcy Collections, 2301 Market St. N3-1, Philadelphia, PA 19103-1338 |
| 14621025 | + | Specialized Loan Servicing, 8742 Lucent Blvd. Ste. 300, Highlands Ranch, CO 80129-2386 |
| 14627087 | + | US Bank Trust National Association, c/o Joshua I. Goldman, Esq., 6267 Old Water Oak Road, Ste 203, Tallahassee, FL 32312-3858 |
| 14655237 | + | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14621031 | + | US Bank Trust Natl Assoc, POB 814609, Dallas, TX 75381-4609 |
| 14628794 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14621028 | + | William E. Craig, Esq., Morton & Craig, 110 Marter Ave. Ste. 301, Moorestown, NJ 08057-3125 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 19 2022 23:54:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14655889 | | Email/Text: megan.harper@phila.gov | Apr 19 2022 23:50:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14637542 | | Email/Text: megan.harper@phila.gov | Apr 19 2022 23:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14621019 | + | Email/Text: bankruptcy@cavps.com | Apr 19 2022 23:50:00 | Calvery Portfolio Serv, 500 Summit Lake Dr. Ste. 400, Valhalla, NY 10595-2321 |
| 14621032 | + | Email/PDF: bncnotices@becket-lee.com | Apr 19 2022 23:54:39 | Capital One, N.A., c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 14621087 | + | Email/Text: bankruptcy@cavps.com | Apr 19 2022 23:50:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14621024 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2022 23:50:00 | Internal Revenue Service, POB 7346, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 14630186 | + | Email/Text: PBNCNotifications@peritusservices.com Apr 19 2022 23:50:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 14621020 | + | Email/PDF: resurgentbknotifications@resurgent.com Apr 19 2022 23:54:35 | | LVNV Funding, c/o Resurgent Capital, POB 1269, Greenville, SC 29602-1269 |
| 14626857 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 19 2022 23:54:39 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14625195 | + | Email/Text: bankruptcydpt@mcmcg.com Apr 19 2022 23:50:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14621033 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2022 23:54:39 | | Portfolio Recovery Assoc LLC, POB 41067, Norfolk, VA 23541 |
| 14631054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2022 23:54:42 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621022 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2022 23:50:00 | | Pennsylvania Dept of Revenue, Bankruptcy Division, POB 280946, Harrisburg, PA 17128-0946 |
| 14622305 | + | Email/Text: enotifications@santanderconsumerusa.com Apr 19 2022 23:50:00 | | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14621015 | + | Email/Text: enotifications@santanderconsumerusa.com Apr 19 2022 23:50:00 | | Santander Consumer USA, POB 961211, Ft. Worth, TX 76161-0211 |
| 14621025 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com Apr 19 2022 23:50:00 | | Specialized Loan Servicing, 8742 Lucent Blvd. Ste. 300, Highlands Ranch, CO 80129-2386 |
| 14621017 | + | Email/PDF: gecsedi@recoverycorp.com Apr 19 2022 23:54:35 | | Syncb/Car Care, POB 965036, Orlando, FL 32896-5036 |
| 14621030 | + | Email/PDF: gecsedi@recoverycorp.com Apr 19 2022 23:54:36 | | Synchrony Bank, c/o PRA Receivables Mgmt LLC, POB 41021, Norfolk, VA 23541-1021 |
| 14620795 | + | Email/PDF: gecsedi@recoverycorp.com Apr 19 2022 23:54:42 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14621026 | | Kevin Frankel, Esq., Shapiro & DeNardo, LLC, 3600 Horizon Dr. Ste. 150 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14621027 | ##+ | Lorraine Gazzara Doyle, Friedman Vartolo, LLP, 1325 Franklin Ave. Ste. 230, Garden City, NY 11530-1631 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022                      Signature:         /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 19, 2022 Form ID: pdf900 Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Tonya L. Evans shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :         Chapter 13

TONYA L. EVANS

                Debtor(s)             :         Bky. No.  21-11897 -AMC

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: April 19, 2022

                                                       **ASHELY M. CHAN**
                                                       **U.S. BANKRUPTCY JUDGE**